UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

August 29, 2016

To: **Alaine Grbach, Esquire**

                              In re: **Beverly K. Gill**
                              Bankruptcy No. **15-17729AMC**
                              Adversary No.
                              Chapter **13**

          Re **Application for Compensation**

The above pleading was filed in this office on **4-26-16.**  Please
be advised that the following document(s) has (have) not been
filed as required pursuant to the Federal Rules of Bankruptcy
Procedure and/or the Local Rules of this court:

          ( )   Affidavit
          (**X**)   Certificate of Service
          (**X**)   Certification of no response
          ( )   Notice pursuant to Rule 9019
          ( )   Notice pursuant to Rule 2002
          ( )   Notice pursuant to Rule 3007.1
          ( )   Proof of Claim number not noted on
                      objection pursuant to Rule 3007.1(a)
          ( )   Proposed Order
          ( )   Stipulation
          ( )   Certification of Default
          ( )   $30.00 Filing Fee for Amendments
          ( )   $25.00 Claims Transfer Fee
          ( )   Other

In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.

                    Timothy B. McGrath
                    Clerk


                         Stacey
                    By: _____
                         Deputy Clerk

status.frm
(rev. 2/04/14)