United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Beverly K. Gill  
      Debtor  

Case No. 15-17729-amc  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Stacey | Page 1 of 1 | Date Rcvd: Aug 29, 2016 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2016.  
db          +Beverly K. Gill,   436 Highlawn Avenue,   Elizabethtown, PA 17022-1616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2016 at the address(es) listed below:  
      ALAINE V. GRBACH   on behalf of Debtor Beverly K. Gill avgrbach@aol.com  
      ANDREW F GORNALL   on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
      PAUL C. BAMETZREIDER   on behalf of Creditor   Jonestown Bank & Trust Company paulb@rwssl.com, bhaase@rwssl.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com  
      TOTAL: 5

```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                           August 29, 2016
```

To:  **Alaine Grbach, Esquire**

                              In re: **Beverly K. Gill**
                              Bankruptcy No. **15-17729AMC**
                              Adversary No.
                              Chapter **13**

Re **Application for Compensation**

The above pleading was filed in this office on **4-26-16.**  Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

```
        ()    Affidavit
        (X)   Certificate of Service
        (X)   Certification of no response
        ()    Notice pursuant to Rule 9019
        ()    Notice pursuant to Rule 2002
        ()    Notice pursuant to Rule 3007.1
        ()    Proof of Claim number not noted on
                    objection pursuant to Rule 3007.1(a)
        ()    Proposed Order
        ()    Stipulation
        ()    Certification of Default
        ()    $30.00 Filing Fee for Amendments
        ()    $25.00 Claims Transfer Fee
        ()    Other
```

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

                              Timothy B. McGrath
                              Clerk


                                   Stacey
                         By:  _____
                                Deputy Clerk

status.frm
(rev. 2/04/14)