# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    Beverly K. Gill                                      Case No.    15-17729

                                           Debtor(s)            Chapter    13

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on <u>April 26, 2016</u>, a copy of <u>Application of Counsel to Debtor for Approval of Compensation, Proposed Order and Notice and Bar</u> was served electronically or by regular United States mail to all interested parties, the Debtor, the Office of the U.S. Trustee, the Chapter 13 Trustee and all creditors listed below:

| |
|---|
| BANK OF AMERICA |
| Capital One |
| Comenity Bank/King Sizes |
| Gemb/walmart |
| Jonestown Bank And Trust |
| M & T Bank |
| Merrick Bk |
| Springleaf Financial S |
| Synchrony Bank/Amazon |
| Target Credit Card (TC) |

/s/ Alaine V. Grbach
Alaine V. Grbach 45485
Alaine V. Grbach, Esquire
675 REAR Estelle Drive
Lancaster, PA 17601
717-898-8402Fax:1-866-928-4707
avgrbach@aol.com