**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Beverly K. Gill<br>        <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 15-17729 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity, but solely as trustee for RMAC Trust, Series 2016-CTT, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2039

                                                   Respectfully submitted,

                                                   **<u>/s/Thomas Puleo, Esquire</u>**
                                                   Thomas Puleo, Esquire
                                                   Brian C. Nicholas, Esquire
                                                   KML Law Group, P.C.
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106-1532
                                                   (215) 825-6306  FAX (215) 825-6406