United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                Case No. 15-17729-amc
Beverly K. Gill                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: May 05, 2017
                             Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2017.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13655036          E-mail/PDF: cbp@onemainfinancial.com May 06 2017 00:35:59
             SPRINGLEAF FINANCIAL SERVICES, INC,    PO BOX 3251,    EVANSVILLE, IN. 47731-3251
                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
       ALAINE V. GRBACH    on behalf of Debtor Beverly K. Gill avgrbach@aol.com
       ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       DENISE ELIZABETH CARLON    on behalf of    U.S. Bank National Association, not in its individual
        capacity, but solely as trustee for RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       PAUL C. BAMETZREIDER    on behalf of Creditor    Jonestown Bank & Trust Company
        paulb@reillywolfson.com, bhaase@reillywolfson.com
       THOMAS I. PULEO    on behalf of    U.S. Bank National Association, not in its individual capacity,
        but solely as trustee for RMAC Trust, Series 2016-CTT tpuleo@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 8

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-17729-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Beverly K. Gill
436 Highlawn Avenue
Elizabethtown PA 17022

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/04/2017.

Name and Address of Alleged Transferor(s):

Claim No. 7: SPRINGLEAF FINANCIAL SERVICES, INC, PO BOX 3251, EVANSVILLE, IN. 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/07/17

Tim McGrath
**CLERK OF THE COURT**