Certificate Number: 16339-PAE-DE-031434328

Bankruptcy Case Number: 15-17729



16339-PAE-DE-031434328

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 6, 2018</u>, at <u>8:28</u> o'clock <u>PM EDT</u>, <u>Beverly Gill</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  August 6, 2018  By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor