United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-17729-amc
Beverly K. Gill                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey            Page 1 of 1           Date Rcvd: Mar 25, 2019
                         Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.
db            +Beverly K. Gill,    436 Highlawn Avenue,    Elizabethtown, PA 17022-1616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:
      ALAINE V. GRBACH    on behalf of Debtor Beverly K. Gill avgrbach@aol.com
      ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      DENISE ELIZABETH CARLON    on behalf of    U.S. Bank National Association, not in its individual capacity, but solely as trustee for RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      PAUL C. BAMETZREIDER    on behalf of Creditor   Jonestown Bank & Trust Company paulb@reillywolfson.com, edonohue@reillywolfson.com
      THOMAS I. PULEO    on behalf of    U.S. Bank National Association, not in its individual capacity, but solely as trustee for RMAC Trust, Series 2016-CTT tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Beverly K. Gill : Case No. 15−17729−amc
    Debtor(s)

### ORDER
_____

AND NOW, this day , March 25,2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

59
Form 195